**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. LINO GUITRAN GONZALEZ,
4. GABRIAL LUNA, and
5. JOSE ARMANDO MUNOZ

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court *sua sponte*. On November 15, 2010, the court entered its **Order Granting Defendants' Unopposed Motions To Exclude Time Under The Speedy Trial Act** [#195]. In the order, the court set a status conference on April 18, 2011, at 9:00 a.m. It has been brought to the court's attention that the status conference should be set for April 8, 2011, at 9:00 a.m., as reflected on the record.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the status conference is set for **April 8, 2011**, at 9:00 a.m.; and

     2. That the court's **Order Granting Defendants' Unopposed Motions To Exclude Time Under The Speedy Trial Act** [#195], entered November 15, 2010, is **AMENDED** accordingly to the limited extent necessary to facilitate and implement this order.

     Dated: November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.