# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00252-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  GABRIEL LUNA,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the change of plea hearing previously set for July 7, 2011, is **VACATED** and is **RESET** to **June 20, 2011**, at 10:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  April 22, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.